AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY _____ D.C.
AUG 1 3 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

United States of America )
v. )
AKIM BALLANTYNE ) Case No. 19-6381-BSS
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _7/31/2019 GJO_ in the county of _Broward_ in the _Southern_ District of _Florida_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1029(a)(2) | Use of one or more unauthorized access devices and obtaining anything of value aggregating $1,000 or more; |
| 18 USC 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory Ortiz, Special Agent (USSS)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/13/2019

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

BARRY S. SELTZER, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

I, Gregory Ortiz, Special Agent, United States Secret Service, being sworn to tell the truth, state the following information:

1. I am employed as a Special Agent with the United States Secret Service ("USSS"), and have been so employed since May 2018. I have been trained to conduct criminal investigations involving or relating to the financial infrastructure of the United States, including identity theft, counterfeit United States currency, wire fraud and access device fraud. I have completed the Special Agent Training Course at the James J. Rowley Training Center in Laurel, MD. I am currently assigned to the South Florida Organized Fraud Task Force of the Miami Field Office, within the USSS.

2. The facts set forth in this affidavit are based on my personal knowledge as well as information and documents provided to me in my official capacity and information obtained from other individuals, including detectives from the Broward County Sherriff's Office ("BSO"), and Special Agents from the USSS; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. The information contained in this affidavit is true and correct, to the best of my knowledge and belief. Because this affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3. There is probable cause to believe that AKIM K. BALLANTYNE (hereinafter referred to as DEFENDANT) did knowingly, and with intent to defraud, use one or more unauthorized access devices during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, in violation of Title 18, United States Code, Section 1029(a)(2), and did knowingly transfer, possess, or use, without lawful authority, a means

1

of identification of another person during and in relation to a felony of Title 18, United States Code Section 1029(a)(2), in violation of Title 18, United States Code, Section 1028(A)(a)(1).

## FACTS ESTABLISHING PROBABLE CAUSE

4. On August 12th, 2019, BSO Officers Simmons-Davenport, Hopkins, and Jacobson responded to the Avery – Pompano Beach Luxury Apartments ("Avery Apartments"), located at 275 North Federal Highway, Pompano Beach, FL 33060, in reference to a possible fraud incident. The responding BSO officers met with witness Chrissy Vallee who is employed as the Community Manager for the Avery Apartments. Witness Vallee advised she had received a telephone call from "J.B." (hereinafter referred to as VICTIM) of Delaware on August 7th, 2019, regarding his personal identity being fraudulently used to rent an apartment at the Avery Apartments.

5. Witness Vallee stated that apartment #613 in the Avery Apartments ("the apartment") had been leased by the DEFENDANT in the name of "J.B." on or about July 31, 2019. The DEFENDANT had provided Avery Apartments with a picture of a Delaware driver's license bearing J.B.'s first and last name and date of birth and a picture of the DEFENDANT. The DEFENDANT also used J.B.'s Social Security Number in conjunction with the Delaware driver's license to apply for the apartment. After he called Vallee, the real J.B. sent her a copy of his real Delaware driver's license, an Identity Theft Report, and a Wilmington Police Department report (#30-19-070838). Vallee compared the information provided by the VICTIM and the DEFENDANT currently residing in the apartment and subsequently provided copies of the two (2) Delaware driver's licenses to the responding BSO Officers. The two driver's licenses displayed the same first and last names and dates of birth but different license numbers and photographs.

6. Vallee told law enforcement officers that the DEFENDANT currently rents the apartment for approximately $2,697.00 per month. The Defendant's lease agreement runs from

2

August 1, 2019 to July 31, 2020. Vallee stated that the DEFENDANT had been credited the value of the first month's rent (August 2019), after paying the $1,000.00 deposit.

7. Members of the United States Secret Service - South Florida Organized Fraud Task Force (SFOFTF) contacted the VICTIM and questioned whether he had authorized the DEFENDANT to use his name, date of birth, social security number, or any personal identifying information (PII) to rent apartment # 613 at the Avery Apartments. VICTIM stated that at no time had he authorized or given permission to the DEFENDANT to use any of his PII.

8. Officers of the BSO took the Defendant into custody. In a post-Miranda video-recorded interview at Broward County Sheriff's Office, he admitted to purchasing the PII of the VICTIM for $100 and utilizing said PII of the VICTIM to rent the apartment. He also admitted to possessing approximately 30-40 fraudulent credit cards in his master bedroom that he had purchased on Craigslist. During the early morning hours of August 13, 2019, BSO officers obtained a state search warrant for the DEFENDANT's apartment. During the search, BSO officers and USSS agents found, among other items, blank check stock, blank white card plastic commonly used for producing counterfeit access devices and identification cards, a credit card encoding device, a sheet of holograms matching those used on Florida driver's licenses, a printer commonly used for printing identification or credit cards, as well as numerous credit cards and identification cards found in various parts of the apartment.

9. At the same time that BSO officers encountered the DEFENDANT, they also encountered another individual with the DEFENDANT who also appeared to reside in the apartment. During a post-Miranda statement, this individual stated that he sometimes lives in the apartment. Although this individual denied involvement in fraudulent activity, he admitted that the identification printing device found in the apartment was his and claimed that he uses it for a

3

legitimate business. During the search of the apartment, agents discovered true identification documents for both the DEFENDANT and the other individual. The other individual was taken into custody by BSO officers on a state parole violation.

10. Based on the above facts, your affiant submits that probable cause exists to believe that AKIM BALLANTYNE, the DEFENDANT, did knowingly, and with intent to defraud, use [G.O. — that is, the social security number of J.B.] one or more unauthorized access devices during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, in violation of Title 18, United States Code, Section 1029(a)(2), and did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person [G.O. — that is, the name, date of birth, and social security number of J.B.] during and in relation to a felony of Title 18, United States Code Section 1029(a)(2), in violation of Title 18, United States Code, Section 1028(A)(a)(1).

This completes my affidavit.

_____
GREGORY ORTIZ, SPECIAL AGENT
U.S. SECRET SERVICE

Sworn to and subscribed before me
This 13th day of August 2019.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-6381-BSS

## BOND RECOMMENDATION

DEFENDANT: AKIM BALLANTYNE

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Jared M. Strauss

Last Known Address: _____

What Facility: _____

Agent(s):   Gregory Ortiz, USSS
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)